MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721
 (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00250-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE JURY TRIAL DATE; ORDER |
| v. | DATE: March 25, 2025 |
| DAMIEN TORRES, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on March 25, 2025.

2. By this stipulation, defendant and government now move to vacate the jury trial date.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government and defendant have signed a plea agreement that was filed with this Court. ECF Doc. 25.

    b) A change of plea hearing has been set for February 24, 2025 at 9:00 a.m.

    c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to March 25, 2025, inclusive, was previously deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 21, 2025                                  MICHELE BECKWITH
                                                                                     Acting United States Attorney

                                                                                     /s/ LAUREL J. MONTOYA
                                                                                     LAUREL J. MONTOYA
                                                                                     Assistant United States Attorney

Dated:  January 21, 2025                                  /s/ SERITA RIOS
                                                                                     SERITA RIOS
                                                                                     Counsel for Defendant
                                                                                     DAMIEN TORRES

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested action.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS ORDERED that the jury trial set for March 25, 2025 is vacated and that the time period to and through March 25, 2025 has previously been excluded from the time in which trial must commence.

DATED:  January 22, 2025

HON. JENNIFER L. THURSTON
United States District Judge