Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DAMIEN TORRES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAMIEN TORRES,<br><br>　　　　　　　　Defendant. | Case No. 1:22-CR-00250-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On September 15, 2022, Defendant DAMIEN TORRES was indicted on federal charges. On September 14, 2022, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Torres in his criminal case. Mr. Torres was sentenced pursuant to a plea agreement on May 27, 2025; Mr. Torres was in custody at sentencing. The time for filing a direct appeal was June 10, 2025, no direct appeal was filed. The trial phase of Mr. Torres' criminal case has, therefore, come to an end. Having completed her representation of Mr. Torres Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Torres require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: June 19, 2025

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

---

### ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, DAMIEN TORRES, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

```
Damien Torres, USMS #21290-510
         FCI Mendota
          P.O. Box 9
    Mendota, California 93640
```

**IT IS SO ORDERED.**

Dated: June 20, 2025

_____
Jennifer L. Thurston
U.S. DISTRICT JUDGE